Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 100 (AKH)

VINCENT GALLAGHER (AND WIFE, MONA GALLAGHER),    Index No.: 06-CV-14669

                                    Plaintiff(s),      **NOTICE OF ADOPTION OF ANSWER
TO MASTER COMPLAINT**

   -against-                                                                     **ELECTRONICALLY FILED**

A RUSSO WRECKING, *et al.*,

                                    Defendant(s).
-------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated November 5, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 100 (AKH).

      WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      November 8, 2007

                        Yours etc.,

                        McGIVNEY & KLUGER, P.C.
                        Attorneys for Defendant
                        PHILLIPS & JORDAN, INC.

                        By: _____
                        Richard E. Leff (RL-2123)
                        80 Broad Street, 23rd Floor
                        New York, New York 10004
                        (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel